# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 17-7007 FMO (ASx)** | Date | **October 4, 2017** |
| Title | **Rosa May v. Mercedes-Benz USA, LLC, et al.** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):     Attorney Present for Defendant(s):

None Present     None Present

**Proceedings:**     **(In Chambers) Order Re: Referral to Bankruptcy Court, Central District of California**

The court is in receipt of defendant Mercedes-Benz USA, LLC's Notice of Removal. Pursuant to 28 U.S.C. § 157(a) and General Order 13-05, the court hereby refers the entire matter for all further proceedings to the Bankruptcy Court for the Central District of California.

Defendant's Notice of Stay of Proceedings **(Document No. 7)** is hereby **stricken**. Defendant may file the appropriate motion with the bankruptcy judge and explain why a stay is warranted.

The Clerk shall administratively close the case and serve a copy of this Order to the Bankruptcy Clerk of Court.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer    vdr |